No. 86, Misc.  JOHNSON *v.* ATLANTIC COAST LINE RAILROAD Co.  Supreme Court of Florida.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.  *Will O. Murrell* for petitioner.  *Charles Cook Howell* for respondent.

No. 99, Misc.  DEPOFI *v.* PENNSYLVANIA.  Supreme Court of Pennsylvania.  Certiorari denied.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application.  *Samuel G. Wagner* and *Albert A. Fiok* for petitioner.  *William S. Rahauser* for respondent.